## TOM CUNNINGHAM v. THE STATE.

No. 9223.   Delivered March 11, 1925.

**Theft.**

No statement of facts nor bills of exception appearing in the record the judgment is affirmed.

Appeal from the District Court of McLennan County.   Tried below before the Hon. Richard I. Monroe, Judge.

Appeal from a conviction for theft; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years.

The record is before us without statement of facts. Nothing is brought forward for review by bills of exceptions. The indictment appears regular, and the charge of the court seems to be in conformity with the law.

The judgement is affirmed.